# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ROLANDO AMILCAR PALMA-MEDINA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0648

[May 14, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard Kelly Coates, Jr., Judge; L.T. Case No. 502023CF008674AXXXMB.

Daniel Eisinger, Public Defender, and Ian Eric Seldin, Assistant Public Defender, West Palm Beach, Florida, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Kimberly Tollett Acuña, Senior Assistant Attorney General, West Palm Beach, Florida, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY, and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***